FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-2033
_____

DEMARI MEDLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

June 22, 2026


PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Demari Medley, pro se, Appellant.

James Uthmeier, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.